# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1193
L.T. Case No. 2014-CF-000034-A

_____

KENYON A. RAWLINGS,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.850 Appeal from Circuit Court for Sumter County.
Mary Pavloff Hatcher, Judge.

Kenyon A. Rawlings, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

September 10, 2024

PER CURIAM.

  AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____